

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Ricardo Romano v. The State of Texas

Appellate case number:   01-18-00538-CR

Trial court case number: 2167075

Trial court:             County Criminal Court at Law No. 6 of Harris County

      Appellant's "Motion for Rehearing En Banc" is **denied**.

      It is so ORDERED.

Judge's signature: /s/ Richard Hightower
                       Acting for the En Banc Court

En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  September 9, 2021